1  Edgar C. Smith, Esq.                                             **E-FILED APRIL 8, 2011**
   Nevada Bar No.  5506
2  LAW OFFICE OF EDGAR C. SMITH
   7371 Prairie Falcon Road
3  Suite 120
   Las Vegas, Nevada 89128
4  Telephone: (702) 388-0040

5  Attorney for Movant Apple Blossom Arbitrage, LLC

6
                        UNITED STATES BANKRUPTCY COURT
7
                              DISTRICT OF NEVADA
8
                                      ***
9

10

11 | In re:                              | Case No.: 11-14878-BAM
                                         | Chapter:    13
12 | JILL ANNE WHITTLE
                                         | NOTICE OF MOTION TO MODIFY OR
13 |      Debtor.                        | TERMINATE THE AUTOMATIC STAY
                                         | UNDER 11 USC §362 TO PERMIT MOVANT
14 |                                     | TO RECOVER POSSESSION OF REAL
                                         | PROPERTY
15 | APPLE BLOSSOM ARBITRAGE, LLC.
                                         | Hearing Date: May 10, 2011
16 |            Movant,                  | Hearing Time: 1:30 p.m.

17 | -vs-

18 | JILL WHITTLE, RICK A. YARNALL,
   | CHAPTER 13 TRUSTEE,
19
   |            Respondents
20
        NOTICE IS HEREBY GIVEN that Apple Blossom Arbitrage, LLC filed a MOTION TO
21
   MODIFY OR TERMINATE THE AUTOMATIC STAY UNDER 11 USC §362 TO PERMIT
22
   MOVANT TO RECOVER POSSESSION OF REAL PROPERTY AND FOR IN REM RELIEF AS
23
   TO FUTUR FILINGS on April 8, 2011.  The Motion seeks Relief from the Automatic Stay as to the
24
   real property commonly known as 646 Paloma Drive, Boulder City, Nevada 89005 (A.P.N. #186-10-
25
   117-016).  Any opposition must be filed pursuant to Local Rule 9014(d)(1).
26
        NOTICE IS FURTHER GIVEN that if you do not want the court to grant the relief sought in
27
   the Motion, or if you want the court to consider your views on the Motion, then you must file an
28
   opposition with the court, and serve a copy on the person making the Motion ***no later than 14 days***

-1-

1  *prior to the hearing date for this Motion*, unless an exception applies (See Local Rule 9014(d)(3)).

2  The opposition must state your position, set forth all relevant facts and legal authority, and be

3  supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you must file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice. If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that the hearing on the said Motion will be held before a Untied States Bankruptcy Judge, in the Foley Building, 300 Las Vegas Boulevard South, Third Floor Bankruptcy Courtroom No. 3, Las Vegas, Nevada 89101 on May 10, 2011 at the hour of 1:30 p.m.

Dated: April 8, 2011

LAW OFFICE OF EDGAR C. SMITH

By: */s/ Edgar C. Smith*_____
  Edgar C. Smith, Esq.
  Nevada Bar No. 5506
  7371 Prairie Falcon Road
  Suite 120
  Las Vegas, Nevada 89128
  Attorney for Secured Creditor
  Apple Blossom Arbitrage, LLC

///
///
///
///
///
///
///
///

**CERTIFICATE OF MAILING**

I hereby certify that on the 8th day of April, 2011, and pursuant to F.R. Civ. P Rule 5(b)(2), the undersigned did deposit into the United States Mail at Las Vegas, Nevada, first class postage prepaid, a true and correct copy of the MOTION TO MODIFY OR TERMINATE THE AUTOMATIC STAY UNDER 11 USC §362 TO PERMIT MOVANT TO RECOVER POSSESSION OF REAL PROPERTY AND FOR IN REM RELIEF AS TO FUTURE FILINGS WITH CERTIFICATE OF MAILING, and addressed as follows:

| | |
|---|---|
| Jill Anne Whittle<br>646 Paloma Drive<br>Boulder City, NV 89005 | Debtor |
| Randy Lee Whittle<br>646 Paloma Drive<br>Boulder City, NV 89005 | Interested Party |
| U.S. Trustee's Office-LV-13<br>300 Las Vegas Blvd. South<br>Suite 4300<br>Las Vegas, NV  89101 | U.S. Trustee |
| Rick A. Yarnall<br>701Bridger Avenue, #820<br>Las Vegas, Nevada 89101 | Chapter 13 Trustee |

I declare under penalty of perjury that the foregoing is true and correct.

                                                 /s/  Teri Campbell